AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Amel Dalluge,

                Plaintiff,

                                            **JUDGMENT IN A CIVIL CASE**

                v.

Correctional Officer Coates;
Cpl. Church;                                     CASE NUMBER: CV-06-319-RHW
Sgt. Ponozo,

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND AJUDGED THAT JUDGMENT IN THE ABOVE-REFERENCED CASE IS ENTERED IN FAVOR OF THE DEFENDANTS AND AGAINST THE PLAINTIFF.

March 07, 2008                                             JAMES R. LARSEN
*Date*                                                                    *Clerk*
                                                                     s/ Stevie Perry
                                                                     *(By) Deputy Clerk*
                                                                     Stevie Perry